IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                             CASE NO. 09-41126TLH4

VICKERY, IKIE LYNN
VICKERY, FARA BRANNING                             CHAPTER 7

                    Debtor(s)
_____/

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347

        Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives
notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 21 | Gulfside Supply, Inc. dba Gulfeagle Supply c/o C. Paul Davis & Lisa Davis Young,, 2313 Market Place, Suite A Huntsville, AL 35801 | $74.87 |

                                        /s/ Theresa M. Bender
                                        THERESA M. BENDER
                                        CHAPTER 7 TRUSTEE
                                        Theresa M. Bender, P.A.
                                        Post Office Box 14557
                                        Tallahassee, FL  32317
                                        PH:  (850) 205-7777
                                        FL. Bar # 0749486
                                        Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Gulfside Supply, Inc. dba Gulfeagle Supply
c/o C. Paul Davis & Lisa Davis Young,, 2313 Market Place, Suite A
Huntsville, AL 35801


Dated: 9/23/2011                    /s/ Theresa M. Bender